# UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF _____NEW YORK_____

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> V. <br><br> BENJAMIN BOOTH | **MOTION AND ORDER DISMISSING THE COMPLAINT WITHOUT PREJUDICE** <br><br> CASE NUMBER:   07 M 1194 |

### MOTION FOR AN ORDER DISMISSING THE COMPLAINT WITHOUT PREJUDICE

The United States of America hereby moves to dismiss the complaint without prejudice as to the above named defendant. Counsel for defendant (where applicable), Jan Rostal, does not oppose this motion.

- ❏ Defendant is in custody and should be released.
- ❏ Defendant is incarcerated on another matter and should not be released
- **X** Defendant is not in custody and was released on a bond not secured with property.
- ❏ Defendant is not in custody and was released on a bond secured with property.

___9/10/08___  ___[signature]___
Date                                          SPECIAL ASSISTANT U.S. ATTORNEY

### ORDER DISMISSING THE COMPLAINT WITHOUT PREJUDICE

The United States having moved to dismiss the complaint without prejudice and there being no opposition, the motion to dismiss the complaint without prejudice is granted and any outstanding underlying warrants are hereby vacated.
   ❏ The United States must cooperate with defendant or his counsel in promptly executing all documents necessary to vacate any liens recorded against property and sureties securing the bond.
   SO ORDERED.

___9/11/08___  ___[signature]___
Date                                          UNITED STATES MAGISTRATE JUDGE

TO: THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF NEW YORK

- ❏ It is further Ordered that the United States Marshals Service for the Eastern District of New York release the above named defendant.
- ❏ It is further Ordered that the United States Marshals Service for the Eastern District of New York not release the above named defendant since he is incarcerated on another matter.

_____   _____
Date                                                                    UNITED STATES MAGISTRATE JUDGE